FILED IN
COURT OF CRIMINAL APPEALS

November 9, 2015

ABEL ACOSTA, CLERK

PD-1067-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/9/2015 7:12:08 PM
Accepted 11/10/2015 8:13:48 AM
ABEL ACOSTA
CLERK

PD-1067-15

# In the Court of Criminal Appeals of Texas

---

EX PARTE JAMES RICHARD "RICK" PERRY

---

On Petition for Discretionary Review from the District Court for the 390th Judicial District Travis County, Texas, Case No. D-1-DC-14-100139, and the Texas Court of Appeals for the Third District, at Austin, Case No. 03-15-00063-CR

---

**UNOPPOSED MOTION OF *AMICI CURIAE* CONSTITUTIONAL AND CRIMINAL LAW EXPERTS AS AMICI CURIAE TO PARTICIPATE IN ORAL ARGUMENT**

---

Eugene Volokh
   California Bar No. 194464
Gary T. Schwartz Professor of Law
SCOTT & CYAN BANISTER
FIRST AMENDMENT CLINIC
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel.:  (310) 206-3926
*volokh@law.ucla.edu*

James C. Ho
   Texas Bar No. 24052766
Prerak Shah
   Texas Bar No. 24075053
Bradley G. Hubbard
   Texas Bar No. 24090174
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Tel.:  (214) 698-3264
Fax:  (214) 571-2917
*jho@gibsondunn.com*
*pshah@gibsondunn.com*
*bhubbard@gibsondunn.com*

**UNOPPOSED MOTION OF *AMICI CURIAE* CONSTITUTIONAL AND CRIMINAL LAW EXPERTS AS AMICI CURIAE TO PARTICIPATE IN ORAL ARGUMENT**

*Amici curiae* Constitutional and Criminal Law Experts respectfully file this motion for leave of court to share in the oral argument time allotted to Appellant, former Governor Rick Perry. In support of this motion, *amici* state as follows:

1. *Amici* are an ideologically diverse coalition of experts in the fields of constitutional and criminal law—including former judges, solicitors general, prosecutors, criminal defense lawyers, constitutional litigators, and professors on both sides of the aisle. They represent virtually the entire political spectrum and have no personal or political stake in this case. They have filed an amicus brief in this case for one simple reason: They are committed to the rule of law, and think the prosecution of Gov. Perry undermines the rule of law.

2. *Amici* respectfully seek to share Appellant's time for oral argument, a request to which Appellant consents. *See* Tex. R. App. P. 39.5 ("With leave of court obtained before the argument and with a party's consent, an amicus curiae may share allotted time with that party."); *see, e.g.*, Docket Sheets for No. PD-1371-13 (Tex. Crim. App. April 14, 2014) (granting *amicus curiae'*s motion to share in argument time); No. 12-0518 (Tex. Sept. 11, 2012) (same); No. 11-0589 (Tex. Oct. 21, 2011) (same); No. 08-0465 (Tex. July 24, 2009) (same); No. AP-75,898 (Tex. Crim. App. May 2, 2008) (noting oral-argument appearance of *amicus curiae*); No. AP-75,207 (Tex. Crim. App. Sept. 2, 2005) (same); No. 96-0745 (Tex. Oct. 13, 1996) (granting *amicus curiae'*s motion to share in argument time).

3. *Amici* proposes to be represented at oral argument by Eugene Volokh, who is filing this day a motion to be admitted *pro hac vice* for that purpose. Mr.

Volokh is the Gary T. Schwartz Professor of Law at the UCLA School of Law and is a noted First Amendment scholar who runs UCLA's Scott & Cyan Banister First Amendment Clinic. His expertise in that area may further assist this Court in deciding the constitutional issues in this case. Mr. Volokh has previously argued before this Court on behalf of *amici curiae* in *Ex Parte Thompson*, No. PD-1371-13 (Tex. Crim. App.).

4.    Mr. Volokh has conferred with counsel for Appellant, David L. Botsford, regarding the oral argument on November 18, 2015. Mr. Botsford has authorized Mr. Volokh to represent to this Court that Appellant has no objection to and consents to *amici* presenting oral argument responding to the First Amendment issues presented by the State's Petition for Discretionary Review. Mr. Botsford agrees to use only twenty minutes of his thirty minutes, yielding the last ten minutes to Mr. Volokh (*i.e.*, the time immediately preceding the State's rebuttal argument on its petition for discretionary review), should the Court agree that oral argument by *amici* is appropriate.

5.    Counsel for *amici* has also conferred with counsel for the State of Texas, Lisa McMinn, who confirmed that the State does not oppose this motion.

6.    In sum, *amici* respectfully request that the Court grant them leave to participate in oral argument by granting Mr. Volokh ten minutes of the thirty minutes Appellant has been granted to respond to the State's petition for discretionary review.

DATED:   November 9, 2015                    Respectfully submitted,


                                              /s/ *James C. Ho*
Eugene Volokh                                 James C. Ho
    California Bar No. 194464                     Texas Bar No. 24052766
Gary T. Schwartz Professor of Law             Prerak Shah
UCLA SCHOOL OF LAW                                Texas Bar No. 24075053
385 Charles E. Young Dr. East                 Bradley G. Hubbard
Los Angeles, CA 90095                             Texas Bar No. 24090174
Tel.:  (310) 206-3926                         GIBSON, DUNN & CRUTCHER LLP
*volokh@law.ucla.edu*                         2100 McKinney Avenue, Suite 1100
                                              Dallas, TX  75201-6912
                                              Tel.:  (214) 698-3264
                                              Fax:  (214) 571-2917
                                              *jho@gibsondunn.com*
                                              *pshah@gibsondunn.com*
                                              *bhubbard@gibsondunn.com*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 9, 2015, a true and correct copy of the foregoing was served via electronic mail on the following counsel of record for all parties in this case:

Lisa C. McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711

Michael McCrum
District Attorney Pro Tem
Travis County, Texas
700 N. St. Mary's St., Suite 1900
San Antonio, TX 78205

David M. Gonzalez
Assistant District Attorney Pro Tem
Travis County, Texas
206 East 9th Street, Suite 1511
Austin, TX 78701

*Counsel for the State of Texas*

David L. Botsford
BOTSFORD & ROARK
1307 West Avenue
Austin, TX 78701

Anthony G. Buzbee
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, TX 77002

Thomas R. Phillips
BAKER BOTTS LLP
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701

*Counsel for Applicant*

/s/ *James C. Ho*
James C. Ho

5